UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:22-cr-00041 |
| | ) | |
| | ) | JUDGE HOLMES |
| ANTONYA BEACH | ) | |

**UNITED STATES' MOTION FOR DETENTION HEARING
AND FOR DETENTION OF THE DEFENDANT**

Comes Now the United States of America by Mark H. Wildasin, United States Attorney, and Dwight Artis, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…any felony…that involves the possession of or use of a firearm." 18 U.S.C. § 3142(f)(1)(A)-(E).  The Indictment alleges that the Defendant in this case possessed (and used) ammunition in violation of 18 U.S.C. § 922(g)(1), which is a felony. Therefore, the Court should set a detention hearing based on the fact that, statutorily, the Government is entitled to one on their own motion in a case involving this offense.

Further, the United States would submit that the alleged offense, as described in the Indictment, involves the shooting of two victims and therefore there is a legitimate danger to the community (and to particular members of the community) if the Defendant is released.

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

MARK H. WILDASIN
Acting United States Attorney

By:
*/s/ Dwight Artis*
AUSA
Assistant U.S. Attorney
110 9th Avenue South
Nashville, Tennessee 37203

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 3nd day of February, 2022.

*/s/Dwight Artis*
AUSA